COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 

 

 




 
 
  
 JOHNNY
 DATES,
  
                             Appellant,
  
 v.
  
 THE STATE OF
 TEXAS,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00383-CR
  
 Appeal from the
  
 205th District Court
  
 of El Paso County, Texas
  
 (TC#20000D02978)
 
 




                                                                              

MEMORANDUM OPINION

 

Pending before the Court is the
appellant=s motion to dismiss this appeal
pursuant to Tex. R. App. P. 42.2,
which states:

(a) At
any time before the appellate court=s
decision, the appellate court may dismiss the appeal if the party that appealed
withdraws its notice of appeal--by filing a written withdrawal in duplicate
with the appellate clerk, who must immediately send the duplicate copy to the
trial court clerk. An appellant must personally sign the written withdrawal.

 








Appellant has complied with the
requirements of Rule 42.2.  The Court has
considered this cause on the appellant=s motion and concludes the motion
should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.

 

SUSAN
LARSEN, Justice

October 23, 2003

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)